**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Uriel SERNA–SERNA, Defendant–**
**Appellant.**

No. 07–10136.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 14, 2008.*

Filed Jan. 18, 2008.

Robert H. Bork, Esq., U.S. Attorney's Office, Las Vegas, NV, for Plaintiff–Appellee.

Raquel Lazo, Federal Public Defender's Office, Las Vegas, NV, for Defendant–Appellant.

Before: HALL, O'SCANNLAIN, and PAEZ, Circuit Judges.

MEMORANDUM **

Uriel Serna–Serna appeals from the 50–month sentence imposed following his guilty plea conviction for unlawful reentry in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Serna–Serna contends that the district court erred in enhancing his sentence based on a prior conviction not alleged in the indictment, admitted by him at his change of plea hearing, or proven to a jury beyond a reasonable doubt. We reject this contention as foreclosed. *See United States v. Covian–Sandoval,* 462 F.3d 1090, 1096–97 (9th Cir.2006).

Serna–Serna further contends that even if *Almendarez–Torres v. United States,* 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), has not been overruled, this Court should construe 8 U.S.C. § 1326 pursuant to the doctrine of avoidance of constitutional doubt such that a two-year statutory maximum sentence applies to his offense. This contention is also foreclosed. *See United States v. Salazar–Lopez,* 506 F.3d 748, 751 n. 3 (9th Cir.2007).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.